1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE
8                            EASTERN DISTRICT OF CALIFORNIA
9
10  QUINCY L. JOHNSON,                )    1:09cv0529 LJO DLB
                                      )
11                                    )
                                      )    ORDER SETTING FURTHER
12            Plaintiff,               )    SCHEDULING
                                      )
13       vs.                          )
                                      )    ORDER REGARDING SERVICE
14  JOHN E. POTTER,                   )
                                      )
15                                    )
                                      )
16            Defendant.              )
                                      )
17

Plaintiff Quincy L. Johnson ("Plaintiff"), proceeding pro se, filed the present action against John E. Potter, Postmaster General of the United States Postal Service, on March 20, 2009. On March 24, 2009, the Court issued summons and civil new case documents, setting the Initial Scheduling Conference for June 25, 2009.

On May 14, 2009, Plaintiff filed a return of service indicating that he served summons on the United States Attorney's Office. There is no indication as to other entities or persons served.

On June 18, 2009, the Court reset the initial scheduling conference from June 25, 2009, to September 23, 2009, in order for the Plaintiff to effect service upon the Attorney General. The Court subsequently reset the scheduling conference to October 7, 2009.

Plaintiff appeared for the scheduling conference on October 7, 2009. However, Plaintiff's

service was improper and Defendant has therefore not appeared in the action. Accordingly, the Court sets a FURTHER SCHEDULING CONFERENCE for February 4, 2010, at 9:00 a.m. before the undersigned to allow Plaintiff to complete proper service.

Plaintiff is advised of Federal Rule of Civil Procedure 4(i), which provides as follows:

(i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.

(1) United States. To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

(2) Agency; Corporation; Officer or Employee Sued in an Official Capacity. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

(3) Officer or Employee Sued Individually. To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

Plaintiff is ordered to file a properly executed return of service before the February 4, 2010, scheduling conference. <u>Failure to do so will result in a recommendation that this action be dismissed for failure to follow the Court's orders.</u>

IT IS SO ORDERED.

Dated:   **October 7, 2009**              /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE