IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY L. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN E. POTTER, Postmaster General,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 09-0529 LJO DLB<br><br>**ORDER GRANTING REQUEST<br>OF PRO SE LITIGANT TO E-FILE** |

　　　　Plaintiff has requested leave to be permitted to e-file documents in this Court's CM/ECF case management system.

　　　　The Request for Leave is GRANTED. The Clerk of the Court is directed to mail to plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service."

　　　　Plaintiff shall be responsible for filing all documents in paper form, until such time as plaintiff signs and returns the Clerk's "Petition by Pro Se Litigant" form and is issued a login and password. In addition, plaintiff must provide to the clerk and must maintain a working email address.

IT IS SO ORDERED.

**Dated:   May 31, 2011**　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1